BENNIE MANISCALCO, *Plaintiff in Error*, vs. STATE OF FLORIDA, *Defendant in Error*.

Division A.

Decision filed April 14, 1931.

*Zewadski & Pierce*, for Plaintiff in Error;

*Fred H. Davis*, Attorney General, and *Roy Campbell*, Assistant, for the State.

PER CURIAM.—The judgment in this case should be affirmed on authority of the opinion and judgment in the case of Hunter vs. State, 85 Fla. 91, 95 Sou. 115. It is so ordered.

Affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.